AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_NORTHERN_ DISTRICT OF _CALIFORNIA_

UNITED STATES OF AMERICA
V.
_RAFAEL MENDOZA_

**WAIVER OF INDICTMENT**

CASE NUMBER: _CR 08 - 00073 JF (RS)_

I, _RAFAEL MENDOZA_, the above named defendant, who is accused of

_a violation of Title 8 U.S.C. section 1326, Illegal re-entry_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _2/14/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer