1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5059
7      Facsimile:  (408) 535-5066
       Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


   UNITED STATES OF AMERICA,           )   No.   CR 08-00073 JF
                                        )
        Plaintiff,                      )   STIPULATION AND [PROPOSED]
                                        )   ORDER EXCLUDING TIME FROM
        v.                              )   MARCH 5, 2008 TO MARCH 19, 2008
                                        )   FROM THE SPEEDY TRIAL ACT
   RAFAEL MENDOZA,                      )   CALCULATION (18 U.S.C. §
                                        )   3161(h)(8)(A))
        Defendant.                      )
                                        )
                                        )

       The parties stipulate that the time between March 5, 2008 and March 19, 2008 is excluded
   under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested
   continuance would unreasonably deny defense counsel reasonable time necessary for effective
   preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the
   ends of justice served by granting the requested continuance outweigh the best interest of the
   public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

   //

                                            1

1  18 U.S.C. §3161(h)(8)(A).

3  DATED: March 5, 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            ___/s/_____
                                            BENJAMIN T. KENNEDY
                                            Assistant United States Attorney


                                            ___/s/_____
                                            MANUEL ARAUJO
                                            Assistant Federal Public Defender

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 5, 2008 and March 19, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE