## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, March 5, 2008
**Case Number:** CR-08-00073-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:   **UNITED STATES OF AMERICA V. RAFAEL MENDOZA**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Rafael Mendoza |
| Attorneys Present: Richard Cheng | Attorneys Present: Manuel Araujo |

---

PROCEEDINGS:

Status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 3/19/08 at 9:00 a.m. for further status review. 14 days are excluded for the reasons stated.