1
2
3                     UNITED STATES DISTRICT COURT
4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
8  UNITED STATES OF AMERICA,         Case Number CR-08-00073-JF
         Plaintiff,
9  V.                                 Status Hearing

10 RAFAEL MENDOZA,                    March 19, 2008
         Defendant.
11                                    CLERK'S NOTICE-
                                        RE TIME CHANGE
12

13 To all Parties and Attorneys of Record:

14 The Status hearing set on March 19, 2008 is now scheduled to be heard at

15 1:30 p.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3

16 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18 March 14, 2008                      For the Court
                                       Richard W. Wieking, Clerk
19

20                                     By:   /s/
                                       Diana Munz
21                                     Courtroom Deputy Clerk