**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, March 19, 2008
**Case Number:** CR-08-00073-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    **UNITED STATES OF AMERICA V. RAFAEL MENDOZA**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Rafael Mendoza |
| Attorneys Present: Richard Cheng | Attorneys Present: Manuel Araujo |

PROCEEDINGS:

Further status review hearing held. Counsel, Spanish interpreter Adele Negro and defendant are present. Michael Hingle substitutes in as attorney for defendant and Mr. Araujo is relieved. Continued to 4/23/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.