# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, May 28, 2008
**Case Number:** CR-08-00073-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. RAFAEL MENDOZA**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Rafael Mendoza |
| Attorneys Present: Chad Mandell | Attorneys Present: Michael Hingle |

PROCEEDINGS:
    Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 6/25/08 at 9:00 a.m. for further status review. 28 days are excluded for the reasons stated.