**E-filed 7/7/08**

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5059
    Facsimile:  (408) 535-5066
    Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.    CR 08-00073 JF |
| ) | |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME FROM JUNE |
|     v. ) | 25, 2008 TO JULY 9, 2008 FROM THE |
| ) | SPEEDY TRIAL ACT CALCULATION |
| RAFAEL MENDOZA, ) | (18 U.S.C. § 3161(h)(8)(A)) |
| ) | |
|     Defendant. ) | |
| ) | |
| _____ ) | |

    The parties stipulate that the time between June 25, 2008 and July 9, 2008 is excluded under

the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

continuance would unreasonably deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

ends of justice served by granting the requested continuance outweigh the best interest of the

//

//

//

1

1   public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

2   18 U.S.C. §3161(h)(8)(A).

3

4   DATED: June 25, 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
5

6                                           ___/s/_____
                                            CHAD M. MANDELL
7                                           Special Assistant United States Attorney

8

9                                           ___/s/_____
                                            MICHAEL E. HINGLE
10                                          Defense Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2    Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between June 25, 2008 and July 9, 2008 is excluded under the Speedy

4  Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance

5  would unreasonably deny defense counsel reasonable time necessary for effective preparation,

6  taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of

7  justice served by granting the requested continuance outweigh the best interest of the public and

8  the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court

9  therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

10

11  IT IS SO ORDERED.

12  DATED:   7/7/08

13  JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3