UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, July 9, 2008
**Case Number:** CR-08-00073-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA V. RAFAEL MENDOZA |

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Rafael Mendoza |
| **Attorneys Present:** Chad Mandell | **Attorneys Present:** Michael Hingle |

PROCEEDINGS:
   Further status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 8/13/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.