JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: chad.mandell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAFAEL MENDOZA, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No.   CR 08-00073 JF <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 9, 2008 TO AUGUST 13, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between July 9, 2008 to August 13, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the

//

//

//

1

1  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.
2  18 U.S.C. §3161(h)(8)(A).
3
4  DATED: July, 14, 2008              JOSEPH P. RUSSONIELLO
                                      United States Attorney
5
6                                     __/s/_____
                                      CHAD M. MANDELL
7                                     Special Assistant United States Attorney
8
9                                     __/s/_____
                                      MICHAEL E. HINGLE
10                                    Defense Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between July 9, 2008 to August 13, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: _____

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE